UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LAWRENCE PODESTA, | ) | No. C 05-2615 SBA |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | [DOCKET NO. 52] |
| CITY OF SAN LEANDRO, et al. | ) | |
| Defendants. | ) | |
| _____ | ) | |

Having reviewed and considered Defendants' Ex Parte Application Seeking Modification of the Court's Scheduling Order to Bring Motion to Strike Expert Witness Testimony ("Defendants' Application") in the above-captioned matter, IT IS HEREBY ORDERED THAT Defendants' Application is GRANTED, as follows:

Plaintiff and/or Plaintiff's counsel of record and Defendants and/or Defendants' counsel of record shall appear in Courtroom 3 of the United States Courthouse, 1301 Clay Street, Oakland, California, on **September 12, 2006, at 1:00 p.m.** for a hearing on Defendants' Motion to Strike Expert Witness Testimony ("Motion to Strike") [Docket No. 53].

IT IS FURTHER ORDERED THAT Plaintiff shall file his Opposition to Defendants' Motion to Strike, if any, no later than August 29, 2006, and Defendants shall file their Reply, if any, no later than September 5, 2006.

IT IS SO ORDERED.

Dated: 8/22/06

SAUNDRA BROWN ARMSTRONG
United States District Judge