UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LAWRENCE PODESTA

    Plaintiff,

    v.

CITY OF SAN LEANDRO, et al.,

    Defendants.
_____/

No. 05-02615 SBA (EDL)

ORDER EXCUSING ATTENDANCE
AT SETTLEMENT CONFERENCE

TO ALL PARTIES AND COUNSEL AND PARTIES OF RECORD:

By letter dated August 23, 2006, individual Defendants Troy Young and Ron Clark requested to be excused from personally appearing at the settlement conference scheduled for September 13, 2006. Plaintiff does not oppose this request. Upon consideration of the request, the Court finds good cause for excusing personal attendance.

If the Court concludes that the absence of these individual Defendants is interfering with the settlement conference, the Court may continue the settlement conference and may order personal attendance by each party including Troy Young and Ron Clark.

SO ORDERED.

Dated: August 25, 2006

                                                  _____
                                                ELIZABETH D. LAPORTE
                                                United States Magistrate Judge